IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 206 MR WCM

| | | |
|---|---|---|
| CROSSET COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| MOTHER EARTH FOOD, INC., | ) | |
| GRAHAM A. DUVALL, ANDREA | ) | |
| M. DUVALL, SANDEEP K. GOEL, | ) | |
| JANELLE TATUM, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 3) filed by Elizabeth Tramm Dechant. The Motion indicates that Ms. Dechant, a member in good standing of the Bar of this Court, is local counsel for Plaintiff Crosset Company, LLC, and that she seeks the admission of Eric Michael Kyser, who the Motion represents as being a member in good standing of the Bar of the State of Ohio. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 3) and **ADMITS** Eric Michael Kyser to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: July 31, 2020

W. Carleton Metcalf
United States Magistrate Judge